# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2012

Robert P. Young, Jr.,
Chief Justice

144235

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 144235
                                        COA: 306314
                                        Clinton CC: 10-008688-FH

ANTHONY JAMES HOFFMAN,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 8, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of the defendant's second issue regarding a claimed failure of the sentencing court to comply with the procedural requirements of MCL 28.724(5) and MCL 769.1(13) before ordering the defendant to register as a sex offender. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2012

_____
Clerk

h0516